Scott Edelsberg (SBN 330090)
**EDELSBERG LAW PA**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 305-975-3320
Email: scott@edelsberglaw.com

Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
**KALIELGOLD PLLC**
1100 15th Street., NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Goren Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Avenue, Suite 200
Berkeley, California 94710
Tel: (202) 350-4783

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA ZELAYA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>Defendant. | Case No.: 2:23-cv-02132-DSF-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Sonia Zelaya, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All Claims of Plaintiff, Sonia Zelaya, individually, are hereby dismissed with prejudice.

2. All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

DATED: August 21, 2023               Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold*
Sophia Goren Gold
Jeffrey D. Kaliel

*Attorneys for Plaintiff*